■ In the Matter of Douglas Grant, Appellant, v Temporary Release Committee, Respondent. [619 NYS2d 106] —In a proceeding pursuant to CPLR article 78 to review a determination of the Temporary Release Committee at Greenhaven Correctional Facility, denying the petitioner's application for a furlough and work release, the appeal is from a judgment of the Supreme Court, Dutchess County (Jiudice, J.), entered May 11, 1993, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

Participation in a temporary release program is a privilege *(see,* Correction Law § 855 [9]), and the scope of judicial review is limited to whether the Temporary Release Committee violated any statutory requirement or whether its determination was affected by irrationality, bordering on impropriety *(see, Matter of Young v Temporary Release Comm.,* 122 AD2d 606).

The petitioner has failed to establish that either condition exists in this case. Sullivan, J. P., Rosenblatt, Altman, Hart and Friedmann, JJ., concur.